■ JILL E. REED et al., Appellants, v CYNTHIA FRASER, M.D., et al., Respondents. (Appeal No. 1.) [858 NYS2d 925]—Appeal from

an order of the Supreme Court, Wayne County (Thomas M. Van Strydonck, J.), entered March 9, 2007 in a medical malpractice action. The order denied plaintiffs' motion to set aside the verdict in part and for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.